United States District Court
Northern District of New York

_____

RODERICK D. WOODS,           )        1:12-cv-01831-MAD-CFH
           *Plaintiff*           )
                               )
                               )        NOTICE OF VOLUNTARY
                               )        DISMISSAL
v.                           )
                             )
VALENTINE AND KEBARTAS       )
           *Defendant.*          )

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby stipulates to the dismissal with prejudice of the above-captioned and numbered matter in its entirety, including all of Plaintiff's claims against Defendant.

Dated, this 3rd day of May, 2013.

Respectfully Submitted,

*Roderick D. Woods, Esq.*

Attorney for Plaintiff

The Woods Law Firm, LLC
Roderick D. Woods, Esq.
Attorney and Counselor-at-Law
100 Pearl Street
Fourteenth Floor
Hartford, Connecticut 06103
Northern District Bar Roll No. 515559
Tel.   (860) 249-7056
Fax.   (860) 249-7001
E-Mail: rwoods@rdw-law.com

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated: May 3, 2013
Albany, NY